UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTIAN SANCHEZ, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY      22-cv-2330 (JGK)
SITUATED,
                                        ORDER
                Plaintiff,

     - against -

ELECTRIC & ROSE LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the Complaint is extended to July 8, 2022. Failure to respond to the Complaint by this date could result in default judgment being entered against the defendant. The conference scheduled for June 29, 2022 is canceled. *The plaintiff should serve a copy of this order on the defendant and not service on the docket by June 29, 2022.*

SO ORDERED.

Dated:   New York, New York
         June 23, 2022

                                    /s/ John G. Koeltl 6/24
                                    John G. Koeltl
                                    United States District Judge