UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTIAN SANCHEZ, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

     Plaintiff,

- against -

ELECTRIC & ROSE LLC,

     Defendant.

22-cv-2330 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the Complaint has passed. The plaintiff should submit a proposed order to show cause for a default judgment supported by a certificate of default by July 25, 2022. See Individual Practice VII.

SO ORDERED.

Dated: New York, New York
    July 11, 2022

               _____
               John G. Koeltl
              United States District Judge